1  PIERCE O'DONNELL (081298)
   pod@oslaw.com
2  ROBERT M. PARTAIN (221477)
   rpartain@oslaw.com
3  O'DONNELL & ASSOCIATES PC
4  800 Wilshire Blvd., Suite 500
   Los Angeles, California 90017
5  Telephone: (213) 347-0290
   Fax: (213) 347-0299
6

E-filing

FILED
2010 APR -6 A 11: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CA.

FILED BY FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIREZA TABATABAI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION;<br>SONY OPTIARC AMERICA INC.;<br>SONY OPTIARC INC.;<br>SONY NEC OPTIARC INC.;<br>HITACHI, LTD.;<br>LG ELECTRONICS INC.;<br>HITACHI-LG DATA STORAGE, INC.;<br>TOSHIBA CORPORATION;<br>SAMSUNG ELECTRONICS CO., LTD.; and<br>TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION;<br><br>Defendants. | Case No: CV 10 1450 JL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, he has been informed that Alireza Tabatabai is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (1) a financial interest of any kind in the subject matter in controversy or in a party to the proceedings; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: April 6, 2010

By: _____

PIERCE O'DONNELL (081298)
pod@oslaw.com
ROBERT M. PARTAIN (221477)
rpartain@oslaw.com
O'DONNELL & ASSOCIATES PC
800 Wilshire Blvd., Suite 500
Los Angeles, California 90017

Attorneys for Plaintiff

1
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**